[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-12595
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00008-WKW-WC-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY DARELL TALLIE,
a.k.a. Pokie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(March 2, 2021)

Before WILSON, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

J.D. Lloyd, appointed counsel for Anthony Tallie in this appeal from the denial of Tallie's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals that we lack jurisdiction, as the appeal is moot, counsel's motion to withdraw is **GRANTED**, and Tallie's appeal is **DISMISSED**.